UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

Case No. 22-cv-60362-WPD

(consolidated with Case Nos. 22-cv-60422; 22-cv-60529; 22-cv-60530; 22-cv-60534)

TIMOTHY HALE, ALIX PRIZER,
JASON SIMS, BRENDA VALENCIA,
DINA JOSEPH, ANN CARAGANIS, BRITTANY
DECORDOVA, JEFF SMITH, LOREN SOLENDER,
SONJA BAUMAN, and ANDREA HUNTER, *individually
and on behalf of all others similarly situated,*

      Plaintiffs,

v.

NORTH BROWARD HOSPITAL DISTRICT d/b/a
BROWARD HEALTH,

      Defendant.
_____/

### ORDER GRANTING JOINT MOTION TO RESET DEADLINES WITH RESPECT TO PLAINTIFFS' RENEWED MOTION FOR REMAND

THIS CAUSE is before the Court on the Joint Motion to Reset Deadlines With Respect to Plaintiffs' Renewed Motion for Remand (the "Motion") [DE 47], filed herein on December 12, 2022. The Court has carefully reviewed the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 47] is **GRANTED** as follows:

1. Plaintiffs shall file a corrected renewed motion for remand on or before December 14, 2022; and

2. Defendant shall file a response no later than twenty-one (21) days after Plaintiffs file their corrected renewed motion to remand.

1

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of December, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of Record