UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

Case No. 22-cv-60362-WPD

(consolidated with Case Nos. 22-cv-60422; 22-cv-60529; 22-cv-60530; 22-cv-60534)

TIMOTHY HALE, ALIX PRIZER,
JASON SIMS, BRENDA VALENCA,
DINA JOSEPH, ANN CARAGANIS, BRITTANY
DECORDOVA, JEFF SMITH, LOREN SOLENDER,
SONJA BAUMAN, and ANDREA HUNTER, *individually
and on behalf of all others similarly situated*,

    Plaintiffs,

v.

NORTH BROWARD HOSPITAL DISTRICT d/b/a
BROWARD HEALTH,

    Defendant.
_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (the "Notice") [DE 65], filed herein on June 1, 2023. The Court has carefully reviewed the Notice, the record in this consolidated action, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 65] is hereby **APPROVED**;
2. The case is **DISMISSED WITHOUT PREJUDICE**; and
3. The Clerk is directed to **CLOSE** this case and **DENY as moot** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 1st day of June, 2023.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record